No. 09–10261. BASLEY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consid-

1080

eration or decision of this petition. 